IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 086MISC

Michael Stephen Kerekes - #130267

_____/

**ORDER TO SHOW CAUSE**

It appearing that Michael Stephen Kerekes has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective February 1`, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michael Stephen Kerekes
BDO Seidman LLP
1900 Avenue of the Stars
Los Angeles, CA 90067

FILED
09 MAY -1 PM 2:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 09 80 085 MISC

Peter Terrence Chamberlin - #53281

_____/

### ORDER TO SHOW CAUSE

It appearing that Peter Terrence Chamberlin has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective February 4, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Peter Terrence Chamberlin
PMB #309
1370 Trancas Street
Napa, CA 94558