FILED

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80085 MISC VRW

Peter Terrence Chamberlin,
                                     ORDER
    State Bar No 53281

_____/

On May 1, 2009, the court issued an order to show cause (OSC) why Peter Terrence Chamberlin should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court, effective February 4, 2009.

The OSC was mailed to Mr Chamberlin's address of record with the State Bar on May 6, 2009. A written response was due on or before May 26, 2009. No response to the OSC has been filed as of this date.

The court now orders Peter Terrence Chamberlin removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Peter Terrence Chamberlin,

_____/

Case Number: C09-80085 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Terrence Chamberlin
PMB #309
1370 Trancas Street
Napa, CA 94558

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*